# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DURHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-CV-1466 NAB |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Reverse and Remand with Suggestions in Support. [Doc. 13.] Plaintiff filed a response advising the Court that he had no objection to Defendant's motion. [Doc. 14.] The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). [Doc. 10.]

In the motion requesting reversal and remand, Defendant requests that the Court remand this case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g). In support of her motion, Defendant states that Plaintiff has submitted additional material evidence to Defendant, which pertains to the relevant time period in this action and Plaintiff has good cause for omission of the evidence from the record. Further, Defendant states that upon remand, the Appeals Council will remand the case to an administrative law judge for further evaluation of the additional medical evidence submitted on appeal. Based on the foregoing, the Court will grant Defendant's Motion to Reverse and Remand with Suggestions in Support.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand with Suggestions in Support is **GRANTED**. [Doc. 13.]

**IT IS FURTHER ORDERED** that the Court will reverse and remand this case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g).

A Judgment will be entered in a separate document.

Dated this 3rd day of November, 2014.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE